C. *Michaelson*, Attorney General, *Judith Romney Wegner*, Special Asst. Attorney General, for plaintiff. *William F. Reilly*, Public Defender, *Barbara Hurst, John A. MacFadyen III*, Asst. Public Defenders, for defendant.

### March 28, 1977.

APPEAL No. 75-192. DIANE N. GIACOMINI *v.* DR. JOSEPH BEVILACQUA *et al.* The defendants' motion to file a post argument memorandum is granted. *Oster, Espo, Fay & Groff, Irving N. Espo, George M. Prescott,* for plaintiff. *Julius C. Michaelson,* Attorney General, *Richard B. Woolley,* Special Asst. Attorney General, for defendants.

APPEAL No. 75-306. FRANCIS P. JOBIN *v.* AMERICAN DRILLING & BORING Co. The respondent's motion to file its brief out of time is granted. *Vincent J. Chisholm,* for petitioner. *Charles J. McGovern,* for respondent.

APPEAL No. 76-49. IN RE IRVING NARDOLILLO. The appellee's motion to extend the time for filing his brief is granted. The brief will be filed on or before April 15, 1977. *Julius C. Michaelson,* Attorney General, *Forrest Avila,* Special Asst. Attorney General, for appellant. *Richard P. D'Addario, Rhode Island Legal Services, Inc.,* for appellee.

APPEAL No. 77-31. STATE *v.* MICHAEL DRISCOLL. The defendant's motion to withdraw his appeal is granted. *Julius C. Michaelson,* Attorney General, for plaintiff. *William F. Reilly,* Public Defender, *Barbara Hurst, John A. MacFadyen III, James Ruggerio,* Asst. Public Defenders, for defendant.

### March 31, 1977.

M. P. No. 76-462. ROLLINS, INC. *v.* ARCHIE SMITH *et al.* Petition for writ of certiorari is granted and the writ shall issue forthwith. *J. Frederick Murphy,* for petitioner. *Harold W. Demopulos,* for Newport Cable TV, Inc. *Tobin, LeRoy & Sil-*

verstein, *Max Wistow, Merrill W. Sherman,* for Plantations CATV Co., Inc. *George C. Berk,* for Cable Television of Rhode Island, Inc. *Charles J. McGovern,* for Vision Cable Company of Rhode Island, Inc.

M. P. No. 76-462. ROLLINS, INC. *v.* ARCHIE SMITH *et al.* This case is consolidated with the cases of *Full-Channel TV, Inc.* v. *Smith* 371 A.2d 1065 (1977); *Com-Cable, Inc.* v. *Smith,* 371 A.2d 1063 (1977); *Communications Properties, Inc.* v. *Smith,* 371 A.2d 1064 (1977); *Providence Broadcasting Co., Inc.* v. *Smith,* 371 A.2d 1065 (1977); and *Rhode Island CATV Corporation* v. *Smith,* 371 A.2d 1066 (1977); for oral argument. *J. Frederick Murphy,* for petitioner. *Harold W. Demopulos,* for Newport Cable TV, Inc. *Tobin, LeRoy & Silverstein, Max Wistow, Merrill W. Sherman,* for Plantations CATV Co., Inc. *George C. Berk,* for Cable Television of Rhode Island, Inc. *Charles J. McGovern,* for Vision Cable Company of Rhode Island, Inc.

M. P. No. 76-463. FULL-CHANNEL TV, INC. *v.* ARCHIE SMITH *et al.* Petition for writ of certiorari is granted and the writ shall issue forthwith. *David B. Lovell, Jr.,* for petitioner. *Harold W. Demopulos,* for Newport Cable TV, Inc. *Tobin, LeRoy & Silverstein, Max Wistow, Merrill W. Sherman,* for Plantations CATV Co., Inc. *George C. Berk,* for Cable Television of Rhode Island, Inc. *Charles J. McGovern,* for Vision Cable Company of Rhode Island, Inc.

M. P. No. 77-1. COM-CABLE, INC. *v.* ARCHIE SMITH *et al.* Petition for writ of certiorari is granted and the writ shall issue forthwith. *Philip R. De Sano,* for petitioner. *Harold W. Demopulos,* for Newport Cable TV, Inc. *Tobin, LeRoy & Silverstein, Max Wistow, Merrill W. Sherman,* for Plantations CATV Co., Inc. *George C. Berk,* for Cable Television of Rhode Island, Inc. *Charles J. McGovern,* for Vision Cable Company of Rhode Island, Inc.